# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:17-CR-105-JD-JEM |
| | ) | |
| NICOLE BEAN, | ) | |
|     Defendant. | ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT NICOLE BEAN

TO:    THE HONORABLE JON E. DEGUILIO,
          UNITED STATES DISTRICT COURT

Upon Defendant Nicole Bean's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge John E. Martin on November 3, 2017, with the consent of Defendant Nicole Bean, counsel for Defendant Nicole Bean, and counsel for the United States of America.

The hearing on Defendant Nicole Bean's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Nicole Bean under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Nicole Bean,

I FIND as follows:

(1) that Defendant Nicole Bean understands the nature of the charge against her to which the plea is offered;

(2) that Defendant Nicole Bean understands her right to trial by jury, to persist in her plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and her right against compelled self-incrimination;

(3) that Defendant Nicole Bean understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Nicole Bean understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Nicole Bean has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Nicole Bean is competent to plead guilty;

(6) that Defendant Nicole Bean understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Nicole Bean's plea; and further,

I RECOMMEND that the Court accept Nicole Bean's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Nicole Bean be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Nicole Bean be adjudged guilty, sentencing before Judge Jon E. DeGuilio will be set at a later date by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 6th day of November, 2017.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record
The Honorable Jon E. DeGuilio